1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES DISTRICT COUNCIL
#5, et al.,

                Plaintiff(s),

    v.

ETHAN ENTERPRISES INC.,

                Defendant(s).

NO. C04-209P

MINUTE ORDER

      The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

      On July 13, 2004, this Court entered an order staying the proceedings in this case while the matter was adjudicated before the National Labor Relations Board (Dkt. No. 13).

      The Court is calling for a joint status report in this matter, updating the status of the case pending before the NLRB.  The parties are ordered to submit said report no later than **August 15, 2005.**

      Filed this 1st day of August, 2005.

                                BRUCE RIFKIN, Clerk

                      By      /s Mary Duett
                                  Deputy Clerk

MINUTE ORDER