UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES DISTRICT COUNCIL
#5, et al.,

    Plaintiff(s),

  v.

ETHAN ENTERPRISES INC.,

    Defendant(s).

NO. C04-209P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed the Joint Status Report (Dkt. No. 15) filed in this matter on August 11, 2005.

The parties are ordered to submit a further status report updating the Court on the progress of the appeal currently pending before the Ninth Circuit by no later than **February 15, 2006.**

Filed this 27th day of September, 2005.

                        BRUCE RIFKIN, Clerk

                        By    /s Mary Duett
                                 Deputy Clerk

MINUTE ORDER