UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL #5, et al.,

Plaintiff(s),

v.

ETHAN ENTERPRISES INC.,

Defendant(s).

NO. C04-209P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

On July 13, 2004, this Court entered an order staying the proceedings in this case while the matter was adjudicated before the National Labor Relations Board (Dkt. No. 13).

On September 27, 2005, the Court continued the stay in this matter and ordered a further status report to be filed by February 15, 2006 (Dkt. No. 16). To date, no updated status report has been received.

The parties are ordered to submit said report no later than **March 31, 2006** or face possible sanctions, including dismissal of the action.

Filed this 20th day of March, 2006.

BRUCE RIFKIN, Clerk

By   /s Mary Duett
     Deputy Clerk

MINUTE ORDER