UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES DISTRICT COUNCIL
#5, et al.,

    Plaintiff(s),

v.

ETHAN ENTERPRISES INC.,

    Defendant(s).

NO. C04-209P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed the Joint Status Report (Dkt. No. 18) filed in this matter on March 31, 2006.

The parties are ordered to submit a further status report updating the Court on the progress of the appeal currently pending before the Ninth Circuit in Ninth Cir. No. 05-35270 by no later than **October 2, 2006.**

Filed this 3rd day of April, 2006.

                                      BRUCE RIFKIN, Clerk

                                      By    /s Mary Duett
                                                  Deputy Clerk

MINUTE ORDER